1  DALE L. ALLEN, JR., # 145279
   LESLEY L. NOVOTNY, # 229279
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF EMERYVILLE, OFFICER PAUL DAVIDSON
6  and OFFICER LATONA WHITAKER

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ARMOND GRAY,                    )   NO. CIV 05-04151 JCS
                                   )
12              Plaintiff,         )   STIPULATION TO DISMISSAL
         vs.                       )   OF COMPLAINT
13                                 )   (F.R.C.P 41.4)
   CITY OF EMERYVILLE; PAUL DAVIDSON; )
14 LATONA WHITAKER; DOES 1 TO 50,  )
                                   )
15              Defendants.        )
                                   )
16 _____ )

17

18       IT IS HEREBY STIPULATED between the parties in the above-captioned action, through their

19 attorneys of record, to dismiss the complaint with prejudice against City of Emeryville, Paul Davidson

20 and Latona Whitaker; each party to bear their own attorney fees and costs as stated in the release

21 between the parties.

22

23       Dated: February 7, 2006.        LAW OFFICES OF JOHN H. RUSSELL

24

25                                        By /s/ John H. Russell
                                             JOHN H. RUSSELL
26                                           Attorneys for Plaintiff
                                             ARMOND GRAY
27

28

                                              -1-
J:\1426\sf0056\P-STIP.DISMISSAL.wpd     STIPULATION TO DISMISS COMPLAINT     U.S.D.C. Case No. CIV 05 04151 JCS

(Stipulation con't:)

Dated: February 7, 2006.   LOW, BALL & LYNCH

By _____
DALE L. ALLEN, JR.
Attorneys for Defendants
CITY OF EMERYVILLE, OFFICER PAUL
DAVIDSON and OFFICER LATONA
WHITAKER

*********************************************

THE ABOVE-ENTITLED ACTION IS HEREBY DISMISSED

IT IS SO ORDERED.

Dated: February 8, 2006.   _____
Joseph C. Spero, United States Magistrate Judge